B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT

In re  Michael Anthony Heard
                Debtor

Case No. 13-42144

Chapter 13

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ 200      Check one  ☐ With the filing of the petition, or
                        ☑ On or before  11-20-13

$ 106      on or before  12-23-13

$ _____  on or before  _____

$ _____  on or before  _____

☑ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT



Date:

J. Cox  Jacqueline P. Cox

United States Bankruptcy Judge

